IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>BALDEMAR RODRIGUEZ BALDWIN,<br><br>　　　　　　　Defendant. | 8:20CR304<br><br>**ORDER ON APPEARANCE FOR SUPERVISED RELEASE VIOLATION** |

　　The defendant appeared before the Court on September 9, 2021 regarding Petition for Offender Under Supervision [2]. David Stickman represented the defendant. Thomas Kangior represented the government. The defendant was advised of the alleged violation(s) of supervised release, right to retain or appointment of counsel, and any right to a preliminary hearing in accordance with Federal Rule of Criminal Procedure 32.1(a)(3).

　　The defendant requested a preliminary hearing. Fed. R. Crim. P. 32.1(b)(1)(A). The preliminary hearing is scheduled before U.S. Magistrate Judge Michael D. Nelson by Internet/Telephonic Conferencing at 2:00 p.m. on September 13, 2021.

　　The government moved for detention based upon risk of flight and danger. The defendant requested a continuance of the detention hearing. The detention hearing is continued to U.S. Magistrate Judge Michael D. Nelson by Internet/Telephonic Conferencing at 2:00 p.m. on September 13, 2021. The defendant will remain detained pending further order of the court.

　　Connection instructions for the remote hearing will be filed under restriction by further order of the court.

　　**IT IS SO ORDERED**.

　　Dated this 9th day of September, 2021.

　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　s/ Michael D. Nelson
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge