IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:20CR304 |
| v. | |
| BALDEMAR RODRIGUEZ BALDWIN, | ORDER |
| Defendant. | |

This matter is before the Court on the government's Motion for Dismissal (Filing No. 36). The government requests the Court dismiss the Amended Petition for Offender Under Supervision (Filing No. 17) and the Second Amended Petition for Offender Under Supervision (Filing No. 30) as to defendant Baldemar Rodriguez Baldwin. The Court finds the Motion should be granted. Accordingly,

IT IS ORDERED:

1. The government's Motion for Dismissal (Filing No. 36) is granted.
2. The Amended Petition for Offender Under Supervision (Filing No. 17) and the Second Amended Petition for Offender Under Supervision (Filing No. 30) are hereby dismissed without prejudice.
3. Baldemar Rodriguez Baldwin's previously imposed term of supervision is terminated.

Dated this 27th day of October 2023.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge